**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELORES DIANN WEBBER, | No. 2:20-CV-0849-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that defendant has been served. <u>See</u> ECF No. 8. Pursuant to Eastern District of California General Order 615, this action is stayed pending filing of the Certified Administrative Record by defendant. Once filed, the stay will be lifted and briefing shall proceed in accordance with the Court's May 19, 2020, scheduling order.

IT IS SO ORDERED.

Dated: September 10, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE