Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DELORES DIANN WEBBER, | Case No:  2:20-cv-00849-DMC |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME [Fed.R.Civ.P. 6] |
| Commissioner of Social Security, | |
|     Defendant | |

WHEREAS, Plaintiff's Counsel of Record, Robert C. Weems, requires an extension of time to finalize plaintiff's motion for summary judgment, having had an unanticipated matters to which he had to personally attend due to covid-19 and other issues interfering on completing work on the motion;

WHEREAS, Defendant's Counsel of Record does not believe that a brief delay to permit Mr. Weems to finalize Plaintiff's motion will prejudice the Commissioner and this is Mr. Weems first time requesting an extension; and,

WHEREAS, Mr. Weems anticipates he can finalize Plaintiff's motion in not more than twenty-eight (28) calendar days and is not requesting this extension for an improper

1

Stipulation and Order

1  purpose but to meet his professional obligations to this Court.  See, FRCP 11; *Unioil, Inc.*

2  *v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir. 1986).

3  　　　　NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the

4  Court's approval, stipulate to a 28-day extension of time for Plaintiff to file her motion

5  for summary judgment in this action.  The revised due date for the filing of plaintiff's

6  motion for summary judgment is November 22, 2020.

7  SO STIPULATED AND AGREED:

8  For Plaintiff:                                    For Defendant:

9  WEEMS LAW OFFICES              MCGREGOR W. SCOTT
                                                     United States Attorney
10                                                   DEBORAH LEE STACHEL
                                                     Regional Chief Counsel, Region IX
11                                                   Social Security Administration
                                                     ELLINOR RAVENEL CODOR
12                                                   Special Assistant United States

13                                                   Attorney

14  /s/Robert C. Weems _____          By:   /s/ Ellinor Ravenel. Codor

15  Robert C. Weems, Attorney for              Ellinor Ravenel Codor

16  Plaintiff                                   Special Assistant United States

17                                              Attorney and Attorney for the

18                                              Defendant (per e-mail authorization)

19  **SO ORDERED:**

20

21  Dated:  October 30, 2020

22                                             _____

23                                             DENNIS M. COTA

24                                             UNITED STATES MAGISTRATE
                                               JUDGE

25

26

27

28

Stipulation and Order