Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DELORES DIANN WEBBER,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No: 2:20-cv-00849-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    WHEREAS, Plaintiff's Counsel of Record, Robert C. Weems, requires a second extension of time to finalize plaintiff's motion for summary judgment in order to continue revisions to the draft motion in order to further develop arguments related to an issue not previously identified during review of the administrative record and initial drafting, which issue may be dispositive;

    WHEREAS, Defendant's Counsel of Record does not believe that a brief delay to permit Mr. Weems to finalize Plaintiff's motion will prejudice the Commissioner; and,

    WHEREAS, Mr. Weems anticipates he can finalize Plaintiff's motion within twenty-one (21) days and is not requesting this extension for an improper purpose but to

1

Stipulation and Order

meet his professional obligations to this Court and avoid prejudice to Plaintiff. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir. 1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a 21-day extension of time for Plaintiff to file her motion for summary judgment in this action. The revised due date for the filing of plaintiff's motion for summary judgment is December 15, 2020

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>ELLINOR RAVENEL CODOR<br>Special Assistant United States Attorney |
| /s/Robert C. Weems | By: /s/ Ellinor R. Codor |
| Robert C. Weems,<br>Attorney for Plaintiff | Ellinor R. Codor<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

SO ORDERED:

Dated: November 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order