Robert C. Weems (CA SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
    *rcweems@weemslawoffices.com*
Attorney for Plaintiff,
    DELORES DIANN WEBBER

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES DIANN WEBBER, | Case No. 2:20-cv-00849-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 FILED BY DELORES DIANN WEBBER |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND ONE HUNDRED THIRTY-FIVE DOLLARS and FORTY CENTS ($4,135.40) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to his counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1

1    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that

2    Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses

3    and costs to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff.

4    Any payments made shall be delivered to Plaintiff's counsel, whose address is:

5    Robert C. Weems
     WEEMS LAW OFFICES
6    526 3rd St., Ste. A-2
7    San Rafael, CA 94901

8    This stipulation constitutes a compromise settlement of Plaintiff's claim for EAJA attorney

9    fees and does not constitute an admission of liability on the part of Defendant under the EAJA or

10   otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any

11   and all claims that Plaintiff and/or counsel, including counsel's firm, may have relating to EAJA

12   attorney fees in connection with this action.

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

STIPULATION AND ORDER                                    Case No. 2:20-cv-00849-DMC

1

2          This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social

3   Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the

4   EAJA.

5   WEEMS LAW OFFICES                          PHILLIP A. TALBERT,
                                                   Acting United States Attorney
6                                              DEBORAH LEE STACHEL,
                                                   Regional Chief Counsel,
7                                                  Region IX, Soc. Sec. Admin.
                                               ELLINOR CODER,
8                                                  Sp. Asst. U.S. Attorney

9

10   /s/Robert C. Weems                 By:    /s/ Ellinor Coder
     Robert C. Weems,                          ELLINOR CODER,
11   Attorney for Plaintiff                     Sp. Asst. U.S. Attorney,
                                                Attorney for Defendant
12                                              (per email authorization)

13   **SO ORDERED:**

14

15   Dated:  April 8, 2021

16

17                                             DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                                          Case No. 2:20-cv-00849-DMC